## Bray *versus* Kelley & als.

A poor debtor's relief bond becomes forfeited, if he discloses a demand due · to him, and does not cause it to be appraised.

But, if on such disclosure he is permitted by the justices to take the oath prescribed by the statute, the damages on such forfeiture must be assessed : according to the provisions of c. 85, of the laws of 1848.

On Facts Agreed.

Debt, on a poor debtor's relief bond.

The principal defendant cited the plaintiff before two justices and disclosed one clock, and an execution in his favor of $20; and no appraisal was made of the demand. No oath was administered to the debtor to make true answers, until after the disclosure was reduced to writing and signed by him. Objections were made by the creditor, that the

debtor should not be permitted to take the oath prescribed by R. S., c. 148, § 28; but the justices administered it.

*Morrison & Humphrey*, for defendants.

*Wilson*, for plaintiff.

HATHAWAY, J. — The principal debtor disclosed property which he did not cause to be appraised as the statute requires.

According to the *facts agreed*, a default must be entered. But he was allowed to take the poor debtor's oath by two justices, &c., and the damages must be assessed according to the provisions of the statute of 1848, c. 85.

*Defaulted, — the damages to be assessed
as provided by statute of* 1848, *c.* 85.

SHEPLEY, C. J., and TENNEY, HOWARD and APPLETON, J. J., concurred.